**L. F. RATTERMAN, and Claribel Ratterman, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10841.

United States Court of Appeals
Sixth Circuit.

Oct. 20, 1949.

L. F. Ratterman, Fred Ratterman, Cincinnati, Ohio, for petitioners.

Theron L. Caudle, Chas. Oliphant, John W. Smith, Ellis N. Slack, A. F. Prescott, Maryhelen Wigle, Irving I. Axelrad, Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the record and upon the oral arguments and briefs of attorneys for the parties; and it appearing to this court that the United States Tax Court found the facts in accordance with the evidence adduced, and in its carefully considered opinion correctly applied appropriate law to the facts found upon each of the items in controversy, the three decisions entered simultaneously on September 30, 1948, are affirmed.

**Richard WILLIAMS, Appellant, v. UNITED STATES of America, Appellee.**

No. 10838.

United States Court of Appeals
Sixth Circuit.

Oct. 11, 1949.

Richard Williams, pro se.

John Brown, Memphis, Tenn., Thos. C. Farnsworth, Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record on appeal and on the briefs of appellant and appellee, and it appearing that there is no reversible error in the order of the district court denying appellant's motion to vacate the judgment and sentence imposed against him and to grant him leave to withdraw the plea of guilty theretofore entered to the indictment, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the order of the district court be and is hereby affirmed. See Cuckovich et al. v. United States, 6 Cir., 170 F.2d 89.